UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br>6824 Lexington Avenue<br>Los Angeles, CA 90038,<br><br>and<br><br>BUZZFEED, INC.,<br>111 E. 18th St.<br>New York, NY 10003,<br><br>      PLAINTIFFS<br>  vs.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY,<br>245 Murray Ln., SW<br>Washington, DC 20528,<br><br>      DEFENDANT. | Judge _____<br>Civil Action No. _____ |

## COMPLAINT

### THE PARTIES

1. Plaintiff Jason Leopold is a Senior Investigative Reporter for Buzzfeed News covering a wide range of issues.

2. Plaintiff Buzzfeed, Inc. (BuzzFeed) is a social news and entertainment company.

3. Defendant Department of Homeland Security (DHS) is an agency of the United States.

4. DHS has possession, custody and control of the records Plaintiffs seek.

## JURISDICTION AND VENUE

5. This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

6. This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

7. Venue is proper in this District pursuant to 5 USC § 552(a)(4)(B).

## STATEMENT OF FACTS

### PLAINTIFFS' FIRST FOIA REQUEST

8. On July 30, 2017, Plaintiffs submitted a FOIA request to DHS for all emails sent and received between Secretary John Kelly and Reince Priebus. The request was limited to the timeframe from January 20, 2017 through the date the search for responsive records is conducted.

9. The request sought a waiver of fees and status as a representative of the news media for fee purposes.

10. In a letter dated August 8, 2017, DHS assigned Plaintiffs' request tracking number 2017-HQFO-01131 and conditionally granted their request for a waiver of fees. The letter further stated that DHS was invoking the 10-business day extension.

11. Plaintiffs have received no further correspondence from DHS regarding 2017-HQFO-01131.

12. As of the filing of this Complaint, DHS has not made a final determination as to whether it will comply with Plaintiffs' FOIA request 2017-HQFO-01131.

## PLAINTIFFS' SECOND FOIA REQUEST

13. On September 12, 2017, Plaintiffs submitted a FOIA request to DHS for:

   a) All emails sent or received by former Secretary John Kelly during the time period January 21, 2017 to July 31, 2017;

   b) All notes prepared by or for former Secretary John Kelly in preparation for any meeting he attended during the time period January 21, 2017 to July 31, 2017;

   c) All meeting minutes and other meeting summaries for meetings attended by former Secretary John Kelly during the time period January 21, 2017 to July 31, 2017;

   d) Former Secretary John Kelly's calendar and appointment book during the time period January 21, 2017 to July 31, 2017; and

   e) Former Secretary John Kelly's phone call log during the time period January 21, 2017 to July 31, 2017.

14. The request sought a waiver of fees, status as a representative of the news media for fee purposes, and expedited processing.

15. In a letter dated September 14, 2017, DHS assigned the request tracking number 2017-HQFO-01371 and stated that the agency had "determined that your request is too broad in scope or did not specifically identify the records which you are seeking." The letter requested the Plaintiffs resubmit the request containing a reasonable description of the records sought and stated, "This is not a denial of your request. Upon receipt of a perfected request, you will be advised as to the status of your request. If we do not hear from you within 30 days from the date

of this letter, we will assume you are no longer interested in this FOIA request, and the case will be administratively closed."

16. DHS did not rule on Plaintiffs' request for a waiver of fees, status as a representative of the news media for fee purposes, or expedited processing.

17. On September 14, 2017, Plaintiffs administratively appeal DHS's adverse action on their request.

18. In a letter dated September 14, 2017, DHS acknowledged receipt of the appeal and assigned it tracking number 2017-HQAP-00296.

19. As of the filing of this Complaint, Plaintiffs have not received a final decision regarding their appeal.

## COUNT I:
## VIOLATION OF FOIA

20. This Count realleges and incorporates by reference all of the preceding paragraphs. All documents referenced in this Complaint are incorporated by reference as if set forth fully herein.

21. Plaintiffs are deemed to have exhausted their administrative remedies with respect to 2017-HQFO-01131 because over 30 business days have elapsed without a final determination as to whether DHS will comply with Plaintiffs' FOIA request.

22. Plaintiffs are deemed to have exhausted their administrative remedies with respect to 2017-HQFO-01371/2017-HQAP-00296 because over 20 business days have elapsed without a final determination on their appeal.

23. DHS has improperly refused to process Plaintiffs' FOIA request 2017-HQFO-01371.

24. DHS has improperly withheld responsive records responsive to both of Plaintiffs' FOIA requests.

25. Plaintiffs are entitled to a complete waiver of all fees as to both FOIA requests.

26. Plaintiffs are entitled to status as a representative of the media for fee purposes as to both FOIA requests.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Order Defendant to immediately process Plaintiffs' FOIA requests without payment of any fees;

(3) Grant Plaintiffs an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i);

(4) Grant Plaintiffs such other and further relief which the Court deems proper.

Respectfully Submitted,

__/s/ Jeffrey Light_____
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*