**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JASON LEOPOLD and<br>BUZZFEED, INC., | )<br>)<br>) |  |
| Plaintiffs, | )<br>) |  |
| v. | )<br>) |  |
| DEPARTMENT OF HOMELAND<br>SECURITY, | )<br>)<br>) | Case No. 1:17-cv-2175 (RC) |
| Defendant. | )<br>)<br>) |  |

## JOINT STATUS REPORT

The parties, by and through their undersigned counsel, and pursuant to the Court's December 14, 2017 minute order, respectfully submit the following:

This case arises under the Freedom of Information Act ("FOIA"). Plaintiffs seek records responsive to two FOIA requests submitted to Defendant Department of Homeland Security ("DHS"). DHS has identified approximately between 6,000 and 8,000 pages of records potentially responsive to either or both requests. The parties previously agreed that DHS would "process a minimum of 500 pages of potentially responsive records every thirty days, and produce all responsive, non-exempt records pursuant to the FOIA to Plaintiffs every thirty days, with the first production, if any, occurring by January 31, 2018." Dkt. No. 8. Additionally, the Court previously ordered that the "parties shall meet, confer, and submit a joint status report once every 90 days." Dkt. No. 9. On February 12, 2018, May 14, 2018, and August 13, 2018, the parties submitted joint status reports to the Court. Dkt. Nos. 10–12.

The parties have conferred. DHS has made three additional productions of responsive, non-exempt records to Plaintiffs since the August 13, 2018 Status Report. The first two of these productions were in compliance with the 30-day processing and production schedule agreed upon by the parties. Due to human error, the third production was produced to Plaintiffs one business day late. More specifically, the official in DHS's Privacy Office responsible for completing the processing of the records at issue misread the relevant deadline on an internal spreadsheet, and as a result, produced the third production one business day late.

DHS will continue to process documents at the agreed-upon rate of 500 pages every 30 days, and the parties will continue to update the Court every 90 days.

DATE: November 9, 2018

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

/s/ *Matthew Skurnik*
Matthew Skurnik (NY Bar. No. 5553896)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone:  (202) 616-8188
Fax:  (202) 616-8470
Email:  Matthew.Skurnik@usdoj.gov

*Counsel for Defendant*
*Department of Homeland Security*

/s/ *Jeffrey Light*
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202) 277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2018, a copy of the foregoing document was filed electronically via the Court's ECF system which sent notification of such filing to counsel of record.

/s/ *Matthew Skurnik*
Matthew Skurnik (NY Bar. No. 5553896)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 616-8188
Fax: (202) 616-8470
Email: Matthew.Skurnik@usdoj.gov